IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERTO SOLIS,

        Plaintiff,                No.  2:11-cv-2419 JAM JFM (PC)

    vs.

SWARTHOUT,

        Defendant.         <u>ORDER</u>

_____/

        On May 16, 2012, plaintiff filed an application to proceed in forma pauperis. This civil rights action was closed on March 21, 2012.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 21, 2012.

                                     UNITED STATES MAGISTRATE JUDGE

/mp
soli2419.58